IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HOWARD KEEL II,

    Petitioner,                    No. CIV S-06-1741 DFL DAD P

    vs.

JAMES TILTON, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has not paid the required filing fee or submitted an application to proceed in forma pauperis.

        Petitioner is challenging a judgment of conviction entered in the Superior Court of Tulare County. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this district may, on the court's own motion, be

---

[1] Petitioner's pleading is captioned for filing in "No: C.IV. S-03-1778 FCD PAN-P." The docket for case number CIV S-03-1778 reveals that petitioner is not a party to that action, and the initials FCD and PAN do not match those of the judges assigned to case No. CIV S-03-1778. The court finds no record of any previous action filed by Joe Howard Keel II in the United States District Court for the Eastern District of California.

1

1  transferred to the proper division of the court. <u>See</u> Local Rule 3-120(f). This action will
2  therefore be transferred to the Fresno Division of the court.
3    Good cause appearing, IT IS HEREBY ORDERED that:
4    1. This action is transferred to the United States District Court for the Eastern
5  District of California sitting in Fresno; and
6    2. All future filings shall reference the new Fresno case number to be assigned by
7  the Clerk of the Court and shall be filed at:
8    United States District Court
     Eastern District of California
9    2500 Tulare Street
     Fresno, CA 93721
10
11 DATED: August 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:13:bb
   keel1741.109