UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HOWARD KEEL, II , | 1: 06 CV 01073 AWI WMW HC |
| Petitioner, | ORDER GRANTING MOTION FOR CLARIFICATION |
| v. | [Doc. 17] |
| JAMES TILTON, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On August 15, 2007, Petitioner filed a motion, asking the court to clarify why Respondent addressed only four claims in his answer.  Petitioner is informed that Respondent was obliged only to answer the claims raised in Petitioner's petition filed August 7, 2006.  Respondent did so, and thereby complied with the court's order requiring a response to the petition.

Petitioner is also informed that after a respondent has appeared in an action by filing a pleading responsive to the petition (i.e., an answer or a motion to dismiss), all documents filed with the court must include a certificate of service stating that a copy of the document was served on the

1 opposing party.  See F.R.C.P. 5; Local Rule 5-135.  A document submitted without the required
2 proof of service will be stricken.

4 IT IS SO ORDERED.

5 **Dated:  November 5, 2007**                         **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE