# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HOWARD KEEL, II , | 1: 06 CV 01073 AWI WMW HC |
| Petitioner, | ORDER REQUIRING SERVICE OF MOTION TO AMEND |
| v. | [Doc. 21] |
| JAMES TILTON, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On September 21, 2007, Petitioner filed a motion for leave to file an amended petition. That motion is not accompanied by proof of service on Respondent. See F.R.C.P. 5; Local Rule 5-135. Accordingly, Petitioner SHALL, within ten (10) days of the date of service of this order, serve Respondent with a copy of his motion filed September 21, 2007, and file a proof service with this court. Petitioner's failure to do so will result in the striking of his motion. IT IS SO ORDERED.

**Dated:   November 5, 2007**        /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE