# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOE HOWARD KEEL, II ,

                Petitioner,

  v.

JAMES TILTON,

                Respondent.

_____/

1: 06 CV 01073 AWI WMW HC

ORDER DIRECTING CLERK OF COURT TO RETURN TO PETITIONER AMENDED PETITIONS LODGED WITH COURT

[Docs. 22 and 33]

      Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  The court having denied Petitioner's motions to amend his petition [doc. 21, 30] and for reconsideration [doc. 35], the Clerk of the Court is HEREBY DIRECTED to return to Petitioner the amended petitions lodged with the court on September 21, 2007 [doc. 22], and December 4, 2007 [doc. 33].

IT IS SO ORDERED.

**Dated:    May 23, 2008**            _____**/s/  William M. Wunderlich**_____
                                      UNITED STATES MAGISTRATE JUDGE