1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JOE HOWARD KEEL, II , | 1: 06 CV 01073 AWI WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | [Doc. 35] |
| JAMES TILTON, | |
| Respondent. | |

12
13
14
15
16
17
18
19
20

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On January 23, 2008, the court entered an order denying Petitioner's motion, filed December 4, 2007, to amend his petition.  On February 8, 2008, Petitioner filed a motion for reconsideration of the court's order.   Pursuant to Local Rule 72-303, the standard of review in a motion for reconsideration of a ruling by a Magistrate Judge is the "clearly erroneous or contrary to law" standard set forth in 28 U.S.C. § 636(b)(1)(A).  See Rule 72(a), Federal Rules of Civil Procedure.

    In his motion for reconsideration, Petitioner states that he informed the court in his original

21
22
23
24
25
26
27
28

petition of his intention to amend his petition once he had exhausted his additional claims in the California Supreme Court. Such a statement of "intention" by a petitioner does not entitle the petitioner to amend his petition at will. The court has reviewed the Magistrate Judge's reasoning in denying Petitioner's motion to amend his petition and finds it apply supported by the record in this case. Having found no basis to reconsider the Magistrate Judge's order, this court HEREBY DENIES Petitioner's motion for reconsideration.

IT IS SO ORDERED.

**Dated:    May 23, 2008** _____ **/s/ Anthony W. Ishii** _____
UNITED STATES DISTRICT JUDGE